PER CURIAM.
AFFIRMED. See, Keough v. State, 714 So.2d 666 (Fla. 5th DCA 1998); Crawford v. State, 666 So.2d 202 (Fla. 2d DCA 1995); Andrews v. State, 533 So.2d 841 (Fla. 5th DCA 1988), rev. denied, 542 So.2d 1332 (Fla. 1989); Jackson v. State, 456 So.2d 916 (Fla. 1st DCA 1984); Duke v. State, 444 So.2d 492 (Fla. 2d DCA), approved on other grounds, 456 So.2d 893 (Fla.1984).
DAUKSCH, PETERSON and THOMPSON, JJ., concur.